



*****PASSENGER TICKET AND BAGGAGE CHECK*****

AMERICAN AIRLINES

PASSENGER RECEIPT 1

DATE OF ISSUE: 12AUG21
ISSUING OFFICE CODE: 10102105
ISS. AGENT ID: MIA MKT
PLACE OF ISSUE: /MIAMI INTERNTNL

BIRMAN/ROBERTO MR

**NOT VALID FOR**
**TRANSPORTATION**

PSGR TICKET 2792170632586

PNR CODE: QMEHOE/

MIAENR-AA
Q1 FIRST BAG UPTO50LB 23KG

ISSUED IN EXCHANGE FOR 35.00   0GO  1-1

FARE: USD 35.00
EQUIV FARE PAID: NA
NA
NA  0012893007 9054

FORM OF PAYMENT: FP BAXXXXXXXXXXXX7809 070918

USD 35.00

0 001 0276408602 5

2 AMERICAN AIRLINES

REFUNDABLE ONLY WITH RELATED FLIGHT CPN
RETAIN THIS RECEIPT THROUGHOUT YOUR JOURNEY

FOR CONDITIONS OF CONTRACT - SEE PASSENGER TICKET AND BAGGAGE CHECK

NOT VALID FOR TRAVEL

Do not expose to excessive heat or direct sunlight.
STAPLE HERE



Merchant: Curb Mobility
Contact #: 1(800) 488-8704
email: cs@gocurb.com

```
        SPRINGS CAB
        305-888-1111

       PASSENGER COPY
        CREDIT SALE
MERCHANT ID: 844167305888
TERMINAL ID:     T283585119
DRIVER ID:            15331
CABNUMBER:             0118
DATE:            08/13/2021
START TIME:           05:56
END TIME:             06:34
PASSNUMBER:               1
TRIPNUMBER:           13467
DISTANCE:         18.12 mi
RATE 1
FARE:             $  53.25
EXTRA:            $   0.70
TIP:              $   0.00
TOTAL:            $  53.95
VISA NUMBER:       ****7809
AUTHNUMBER:         073306
AUTH TIME:        06:33:56
ENTRY METHOD: CONTACT CHIP
AID:      A0000000031010
APPL. NAME:    VISA DEBIT
ATC:                  0018
MODE:               ISSUER
TRN REF#:          9915030
VAL CODE:             L5M7

DESCRIPTION:


RETAIN THIS COPY FOR
STATEMENT VERIFICATION

NO SIGNATURE REQUIRED

CONSUMER@MIAMIDADE.GOV
    (786) 469-2333
```

```
        SPRINGS CAB
        305-888-1111

       PASSENGER COPY
        CREDIT SALE
MERCHANT ID:           N/A
TERMINAL ID:    T283585119
DRIVER ID:           15331
CABNUMBER:            0118
DATE:           08/12/2021
START TIME:          22:13
END TIME:            22:54
PASSNUMBER:              1
TRIPNUMBER:          13466
DISTANCE:        18.94 mi
RATE 2
FARE:            $  54.05
EXTRA:           $   0.70
TIP:             $   0.00
TOTAL:           $  54.75
VISA NUMBER:      ****7809
AUTHNUMBER:         ST-FWD
ENTRY METHOD: CONTACT CHIP
AID:      A0000000031010
APPL. NAME:    VISA DEBIT
ATC:                 0017
MODE:              ISSUER

DESCRIPTION:


RETAIN THIS COPY FOR
STATEMENT VERIFICATION

NO SIGNATURE REQUIRED

CONSUMER@MIAMIDADE.GOV
    (786) 469-2333
```