# GERSTMAN SCHWARTZ LLP
ATTORNEYS AT LAW

September 8, 2022

**VIA ECF**
The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, New York 11201

Re: *Birman et al. v. American Airlines Inc. et al.*, Case No. 1:21-cv-06634-VMS

Dear Judge Scanlon:

Pursuant to Your Honor's Order Case Management Plan and Scheduling Order, the parties submit this joint status report, and apologize for failing to submit a timely filing.

During the past several weeks, the parties have been actively engaged in settlement discussions and are optimistic that an amicable resolution will be reached within the next few weeks. The terms of this agreement would include a monetary payment and a dismissal of all claims with prejudice. The parties will provide a subsequent update upon settlement, or as otherwise directed by the Court.

We thank the Court for its time, attention, and consideration of this matter.

Respectfully Submitted,

/s/ Randy E. Kleinman
Randy E. Kleinman
*Counsel for Plaintiffs*

cc: All counsel of record (via ECF)

GERSTMANSCHWARTZ.COM

1399 Franklin Avenue, Suite 200, Garden City, N.Y. 11530   OFFICE: 516.880.8170   FAX: 516.880.8171