# EXHIBIT A

**From:** b <birmanel@aol.com>
**Sent:** Friday, September 9, 2022 11:18 AM
**To:** Nicole Epstein <nepstein@gothamgr.com>; rkleinman@gerstmanschwartz.com
**Subject:** Closure

**[EXTERNAL SENDER]**

Dear Sirs

I am no longer interested in having your firm represent me in the on going case. Please immediately return my file.
Thank you


Elena Birman