

September 30, 2022

**VIA ECF**
The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Courtroom 13A—South Wing
Brooklyn, New York 11201

    Re:    Birman et al. v. American Airlines Inc. et al., Case No. 1:21-cv-06634-VMS

Dear Judge Scanlon:

    We write jointly with Counsel for Defendant American Airlines ("Defendant") in response to Your Honor's Order entered on the docket on September 13, 2022, to provide a joint status report.

    As the Court is aware, Plaintiffs' counsel is seeking to withdraw from this matter for the reasons set forth in their letter motion dated September 14, 2022 [see Docket No. 14]. The parties await Your Honor's determination on this motion and will proceed accordingly. Further, in light of the pending application to be relieved as counsel and the reasons articulated therein, the parties have been unable to complete fact discovery.

    We thank the Court for its time, attention, and consideration of this matter.

    Respectfully Submitted,

    /s/ Randy E. Kleinman
    Randy E. Kleinman
    Counsel for Plaintiffs

cc:    All counsel of record (via ECF)

GERSTMANSCHWARTZ.COM

1399 Franklin Ave, Suite 200, Garden City, NY 11530    OFFICE: (516) 880-8170    FAX: (516) 880-8171