UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERTO BIRMAN and ELENA BIRMAN,

Civil Case No. 21-cv-6634

Plaintiffs,

**AFFIDAVIT
OF SERVICE**

- against -

AMERICAN AIRLINES INC. and JANE DOE (1-10),

Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK }
COUNTY OF NASSAU } ss:

I, STEPHANIE VERDERBER, being sworn, deposes and says:

1. I am not a party to the action, over 18 years of age and reside in the County of Queens, New York.

2. On October 4, 2022, I served a copy of Magistrate Judge Vera M. Scanlon's Scheduling Order dated and entered on October 3, 2022 upon the Plaintiffs at the address provided by depositing a copy of same in a properly addressed postpaid envelope in an official depository under the exclusive care of the United States Postal Service within New York State and via electronic mailing:

Roberto Birman and Elena Birman
2409 Avenue L
Brooklyn, NY 11210
birmanel@aol.com ; ebirman_te@flatbush.org

STEPHANIE VERDERBER

Sworn to before me this
4th day of October, 2022

Notary Public

Nicole Epstein
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02EP6423160
Qualified in Nassau County
Commission Expires 10/04/2025

# Stephanie Verderber

| | |
|---|---|
| **From:** | Stephanie Verderber |
| **Sent:** | Tuesday, October 4, 2022 1:12 PM |
| **To:** | birmanel@aol.com; ebirman_te@flatbush.org |
| **Cc:** | Randy E. Kleinman |
| **Subject:** | 1:21-cv-06634-VMS Birman et al v. American Airlines Inc. et al Scheduling Order |

Roberto and Elena,

Please see the below Scheduling Order from the Honorable Vera M. Scanlon; please be advised that a copy of this Order is also being mailed to you at your home address located at 2409 Avenue L, Brooklyn, New York 11210. In pertinent part, a telephone conference will be held on November 2, 2022 at 10:00am (ET), and your attendance is required. To attend the telephone conference, please dial 1-551-285-1373. The Meeting ID is 160 601 4101 and the Passcode is 137742. Thank you.

Best,
Stephanie Verderber
Gerstman Schwartz LLP
Gotham Government Relations & Communications
Office: 516-880-8170
Email: sverderber@gothamgr.com
gerstmanschwartz.com
Gothamgr.com

 

> **From:** ecf_bounces@nyed.uscourts.gov
> **Date:** October 3, 2022 at 6:58:23 PM EDT
> **To:** nobody@nyed.uscourts.gov
> **Subject: Activity in Case 1:21-cv-06634-VMS Birman et al v. American Airlines Inc. et al Scheduling Order**
>
> **[EXTERNAL SENDER]**
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> U.S. District Court<br>Eastern District of New York
>
> ## Notice of Electronic Filing
>
> The following transaction was entered on 10/3/2022 at 6:57 PM EDT and filed on 10/3/2022

| | |
|---|---|
| Case Name: | Birman et al v. American Airlines Inc. et al |
| Case Number: | 1:21-cv-06634-VMS |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
**SCHEDULING ORDER: A Telephonic Motion Hearing is set for 11/2/2022 at 10:00 AM before Magistrate Judge Vera M. Scanlon in connection with the Motion to Withdraw at [14]. All counsel and Plaintiffs must appear. The parties are to join by dialing 1 551 285 1373; Meeting ID: 160 601 4101; Passcode: 137742. Plaintiffs' counsel must serve this Order on his clients and provide his clients the conference date, time and connection information. On or before 10/10/2022, Plaintiffs' counsel must file proof of his compliance with this Order. Ordered by Magistrate Judge Vera M. Scanlon on 10/3/2022. (Scully, Nicole)**

**1:21-cv-06634-VMS Notice has been electronically mailed to:**

Daniel Z. Rivlin    daniel.rivlin@bipc.com, eservice@bipc.com, jonah.perry@bipc.com

Jacqueline M. Weyand    jacqueline.weyand@bipc.com, april.henderson@bipc.com, eservice@bipc.com, jonah.perry@bipc.com

Randy Edward Kleinman    rkleinman@gerstmanschwartz.com, zrothbloom@gerstmanschwartz.com

**1:21-cv-06634-VMS Notice will not be electronically mailed to:**



October 4, 2022

**VIA FIRST CLASS MAIL**

Mr. and Mrs. Roberto Birman
2409 Avenue L
Brooklyn, New York 11210

    Re:    Birman et al v. American Airlines Inc. et al
             Civil Case No. 1:21-cv-06634

Dear Roberto and Elena,

    Please find enclosed a copy of the Honorable Vera M. Scanlon's Scheduling Order. A telephone conference will be held on November 2, 2022 at 10:00am, and your attendance is required. To attend the telephone conference, please dial 1-551-285-1373. The Meeting ID is 160 601 4101 and the Passcode is 137742.

    If you have any questions, please do not hesitate to call our office at 516-880-8170. Thank you.

                                                    Sincerely,

                                                  */s/ Stephanie Verderber*

                                                  Stephanie Verderber

From: ecf_bounces@nyed.uscourts.gov
Date: October 3, 2022 at 6:58:23 PM EDT
To: nobody@nyed.uscourts.gov
Subject: Activity in Case 1:21-cv-06634-VMS Birman et al v. American Airlines Inc. et al Scheduling Order

[EXTERNAL SENDER]
**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/3/2022 at 6:57 PM EDT and filed on 10/3/2022

**Case Name:** Birman et al v. American Airlines Inc. et al
**Case Number:** 1:21-cv-06634-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SCHEDULING ORDER: A Telephonic Motion Hearing is set for 11/2/2022 at 10:00 AM before Magistrate Judge Vera M. Scanlon in connection with the Motion to Withdraw at [14]. All counsel and Plaintiffs must appear. The parties are to join by dialing 1 551 285 1373; Meeting ID: 160 601 4101; Passcode: 137742. Plaintiffs' counsel must serve this Order on his clients and provide his clients the conference date, time and connection information. On or before 10/10/2022, Plaintiffs' counsel must file proof of his compliance with this Order. Ordered by Magistrate Judge Vera M. Scanlon on 10/3/2022. (Scully, Nicole)**

1:21-cv-06634-VMS Notice has been electronically mailed to:

Daniel Z. Rivlin    daniel.rivlin@bipc.com, eservice@bipc.com, jonah.perry@bipc.com

Jacqueline M. Weyand    jacqueline.weyand@bipc.com, april.henderson@bipc.com, eservice@bipc.com, jonah.perry@bipc.com

Randy Edward Kleinman    rkleinman@gerstmanschwartz.com, zrothbloom@gerstmanschwartz.com

1:21-cv-06634-VMS Notice will not be electronically mailed to: